UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 22-61033-CIV-MARTINEZ-HUNT

RICHEMONT INTERNATIONAL SA,
CARTIER INTERNATIONAL A.G.,
OFFICINE PANERAI A.G., and
VAN CLEEF & ARPELS SA,

      Plaintiffs,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Patrick M. Hunt, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiffs' Motion for Preliminary Injunction, (ECF No. 6). Judge Hunt filed an R&R recommending that the Motion for Preliminary Injunction be granted. (ECF No. 16 at 13). The Court has reviewed the entire file and record, and notes that no objections have been filed.

After careful consideration, it is hereby **ADJUDGED** that United States Magistrate Judge Hunt's R&R, (ECF No. 16), is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that Defendants' Motion for Preliminary Injunction, (ECF No. 6), is **GRANTED** as set forth in Judge Hunt's R&R.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __3__ day of August, 2022.

                                                                  JOSE E. MARTINEZ
                                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Hunt
All Counsel of Record