UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 22-61033-CIV-MARTINEZ-HUNT

RICHEMONT INTERNATIONAL SA, *et al.*,

    Plaintiffs,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    **THIS MATTER** was referred to the Honorable Patrick M. Hunt, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiffs Richemont International SA, Cartier International A.G., Officine Panerai A.G., and Van Cleef & Arpels SA's Motion for Entry of Final Default Judgment. (ECF No. 28). Judge Hunt filed an R&R recommending that the Motion for Final Default Judgment be granted and that a permanent injunction be entered. (*See* ECF No. 31 at 21–25). The Court has reviewed the entire file and record, and notes that no objections have been filed.

    Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Hunt's R&R, (ECF No. 31), is **AFFIRMED** and **ADOPTED**. Further, it is:

    **ADJUDGED** that Plaintiffs' Motion for Default Judgment, (ECF No. 31), is **GRANTED** as set forth in the R&R. Final judgment will be entered separately.

    **DONE AND ORDERED** in Miami, Florida, this 3 day of November, 2022.

                                                    _____
                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Hunt
All Counsel of Record